## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLOBAL MAINTENANCE, INC. d/b/a** | : | |
| **CENOVA, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-195** |
| | : | |
| **BOEING, et al.** | : | |

## ORDER

This 6th day of June, 2023, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 12, is **GRANTED** in part and **DENIED** in part as follows.

As to Count II of Plaintiff's Complaint, the Motion is **GRANTED** and the claim is **DISMISSED**. As to Counts III and IV of Plaintiff's Complaint, Defendant's Motion is **DENIED**.

    /s/ Gerald Austin McHugh
    United States District Judge