**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLOBAL MAINTENANCE, INC.** | : | |
| **d/b/a CENOVA, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-195** |
| | : | |
| **TESSERA** | : | |

## <u>ORDER</u>

This 23rd day of October, 2025, consistent with this Court's memorandum setting forth findings of fact and conclusions of law, it is hereby **ORDERED** that Cenova is granted leave to submit a petition seeking pre-judgment interest.


<u>  /s/ Gerald Austin McHugh  </u>
United States District Judge